ERIC GRANT
United States Attorney
CODY S. CHAPPLE
ROBIN TUBESING
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>ERIC DRABERT,<br><br>                Defendant. | CASE NO.  2:23-cr-00313-JAM-2<br><br>**STIPULATION AND ORDER REGARDING RESTITUTION**<br><br>DATE: May 5, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

Plaintiff United States of America and Defendant Eric Drabert, stipulate to restitution as follows:

1. Defendant shall pay restitution totaling **$200,000** to Patterson Joint United School District.[1]

2. Pursuant to the plea agreement, if the defendant pays the remaining balance of restitution within 30 days of approval of this stipulation, the government agrees to forgo forfeiture.

3. Plaintiff and Defendant request entry of an amended judgment reflecting the amount of the stipulated restitution.  This amount should not be joint and several with Co-Defendant Jeffrey Menge.[2]

---

[1] The Clerk of the Court is holding $100,762.06 paid by Defendant that will be applied to restitution upon entry of an amended judgment.

[2] Loss amounts were calculated separately between the Co-Defendants.

STIPULATION AND ORDER REGARDING
RESTITUTION

1

FOR THE UNITED STATES:                    ERIC GRANT
                                          United States Attorney

Dated: April 8, 2026              By:  /s/ Cody Chapple
                                       CODY S. CHAPPLE
                                       ROBIN TUBESING
                                       Assistant United States Attorneys


Dated: April 8, 2026                   REBECKA A. MONEZ, Inc. APLC

                                       /s/ Rebecka Monez
                                       REBECKA MONEZ
                                       Attorney for Eric Drabert


## ORDER REGARDING RESTITUTION

The Court, having reviewed the Parties' Stipulation and good cause appearing, **APPROVES** the Stipulation in its entirety and **ORDERS** restitution as set forth above.

The restitution hearing, currently set for May 05, 2026, shall be **VACATED**.


Dated: April 21, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE


STIPULATION AND ORDER REGARDING
RESTITUTION

2